UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------

SIN OK SEO

                Plaintiff,

07 CV 0398 (RLM)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

-against-

FILED
IN CLERK'S OFFICE
U.S. D[ISTRICT COURT] E.D.N.Y.
☆  JUN 29 2007  ☆

GOLD KEY CREDIT, INC.,

                Defendant.
-----------------------------------------------------------

P.M. _____
TIME A.M. _____

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients, that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party. Any claims of any putative class members are dismissed without prejudice.

_____
Amir J. Goldstein (AG- 2888)
Attorney at Law
**Attorney for the Plaintiff**
591 Broadway, Suite 3A
New York, New York 10012
(212) 966- 5253
(866) 288- 9194 fax

_____
Elizabeth Frye- Blanco, Esq.
Sessions, Fishman & Nathan, LLP
**Attorney for Defendant**
9009 Corporate Lake Drive
Suite 300-S
Tampa, FL 10606
(813) 890- 2461

SO ORDERED:

_____s/NG_____
U.S.D.J.

6-29-07